## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV3253     Assigned/Issued By: J. N.

Judge Name: _____     Designated Magistrate Judge: _____

---

### FEE INFORMATION

*Amount Due:* ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                          _____
                                          *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets      ☐ Other

☐ Writ _____        _____
     *(Type of Writ)*              _____
                                   *(Type of issuance)*

4  Original and  4  copies on  7-8-08  as to  ALL DEFENDANTS
                                *(Date)*

_____
_____