## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3253                    Assigned/Issued By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                               ☐ Alias Summons
☐ Third Party Summons                   ☐ Lis Pendens
☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    
                                        _____
                                        _____
                                        *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets           ☐ Other
☐ Writ _____             _____
    *(Type of Writ)*                    _____
                                        *(Type of issuance)*

1   Original and  1   copies on  7-11-08   as to  chicago title land and trust
                                (Date)
company
_____

_____