## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                  Case Number: 08 CV 3253

    WASHINGTON MUTUAL BANK

         v.

    JORGE TORRES, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    JORGE TORRES, JUANA TORRES, and FOREVER CONSTRUCTION, INC.

| |
|---|
| NAME (Type or print)<br>STEPHEN M. MARTIN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Stephen M. Martin |
| FIRM<br>MARTIN & MENNECKE |
| STREET ADDRESS<br>216 MADISON STREET |
| CITY/STATE/ZIP<br>WAUKEGAN, ILLINOIS 60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6182123 | TELEPHONE NUMBER<br>(847) 244-4450 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |