## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3253 | **DATE** | 8/7/2008 |
| **CASE TITLE** | WASHINGTON MUTUAL BANK vs. JORGE TORRES, ET AL | | |

**DOCKET ENTRY TEXT**

The case is dismissed without prejudice pursuant to the agreed order of dismissal. Enter Order.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-03253 Document 13 Filed 08/07/2008 Page 1 of 1

08C3253 WASHINGTON MUTUAL BANK vs. JORGE TORRES, ET AL     Page 1 of 1