IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WASHINGTON MUTUAL BANK, | ) | FORECLOSURE |
| plaintiff, | ) | |
| vs. | ) | |
| | ) | No.   08 CV 3253 |
| JORGE TORRES, JUANA TORRES, NORSTATES BANK, a/k/a BANK OF WAUKEGAN, as Trustee under Trust Agreement dated August 23, 2002, and known as Trust No. 204453, and FOREVER CONSTRUCTION, INC., | ) ) ) ) ) | JUDGE SUZANNE B. CONLON MAG. JUDGE MARIA G. VALDEZ |
| defendants. | ) | |

### AGREED ORDER OF DISMISSAL, WITHOUT PREJUDICE

Plaintiff, Washington Mutual Bank, and defendants, by their respective attorneys, have agreed that this cause may be dismissed without prejudice or costs upon reinstatement of the mortgage loan at issue pursuant to 735 ILCS 5/15-1602, defendants having paid the sums required under such statute; therefore,

THE COURT FINDS that the mortgagor under the mortgage at issue herein has exercised its right to reinstate pursuant to 735 ILCS 5/15-1602; and

IT IS ORDERED: that this cause be, and it hereby is dismissed without prejudice or costs to any party.

_____
JUDGE SUZANNE B. CONLON

8/7/08

Agreed:

_____
plaintiff's attorney

_____
defendant's attorney

John K. Kallman
plaintiff's attorney
221 North LaSalle Street
Suite 1200
Chicago, IL 60601
(312) 578-1515
jkkallman@sbcglobal.net